TARA K. McGRATH
United States Attorney
ERIN M. DIMBLEBY
Assistant U.S. Attorney
California Bar No. 323359
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-6987
Email: Erin.Dimbleby@usdoj.gov

Attorneys for Respondents

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAU CHEONG CHAN,<br><br>　　　　Petitioner,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary, United States Department of Homeland Security; et al.,<br><br>　　　　Respondents. | Case No.: 24-cv-1315-JLS-MSB<br><br>**JOINT MOTION TO DISMISS** |

　　　The parties, through their respective counsel of record, hereby jointly agree and stipulate to dismissal of this case. The parties further agree that each party will bear its own fees and costs of suit.

Dated:　February 4, 2025　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　*s/Anoop Prasad*
　　　　　　　　　　　　　　　　　　　ANOOP PRASAD

　　　　　　　　　　　　　　　　　　　Attorney for Petitioner

| | |
|---|---|
| Dated: February 4, 2025 | Respectfully Submitted,<br><br>TARA K. McGRATH<br>United States Attorney<br><br>*s/Erin M. Dimbleby*<br>ERIN M. DIMBLEBY<br>Assistant U.S. Attorney<br><br>Attorneys for Respondents |

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Anoop Prasad, counsel for Petitioner, and that I have obtained Mr. Prasad's authorization to affix his electronic signature to this document.

Dated: February 4, 2025

*s/Erin M. Dimbleby*
ERIN M. DIMBLEBY
Assistant U.S. Attorney