# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAU CHEONG CHAN,<br><br>                           Petitioner,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary, United States Department of Homeland Security; et al.,<br><br>                          Respondents. | Case No.: 24-CV-1315 JLS (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 10) |

Presently before the Court is the Parties' Joint Motion to Dismiss (ECF No. 10, "Joint Mot."). The Parties, through their respective counsel, jointly agree to the dismissal of this case, and that each party will bear its own fees and costs of suit. Joint Mot. at 1. Good cause appearing, the Court **GRANTS** the Motion and **DISMISSES** this matter. As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: February 5, 2025

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge